UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re<br>Shinda Upple dba Khalsa Ranch | ) ) ) ) ) ) | Case No. |

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.
- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.
- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED: 10/12/2026 ______________________ Debtor's Signature Shinda Upple

DATED: 10/12/2026 ______________________ Joint Debtor's (if any) signature

**Submit this form and your Master Address List to one of the following addresses:**

| Sacramento Division | Modesto Division | Fresno Division |
|---|---|---|
| 501 I Street, Suite 3-200 | 1200 I Street, Suite 200 | 2500 Tulare Street, Suite 2501 |
| Sacramento, CA 95814 | Modesto, CA 95354 | Fresno, CA 93721 |

AG WEST FARM CREDIT

3755 ATHERTON ROAD

ROCKLIN, CA 95765

AG WEST FARM CREDIT PCA

200 E CARTMILL AVE

TULARE, CA 93274

ALMOND VALLEY ORCHARDS INC.

12713 MARSDEN ST

BAKERSFIELD, CA 93311

ATI MACHINERY

PO BOX 445

FIVE POINTS, CA 93624

BANK OF AMERICA CREDIT CARD

PO BOX 672050

DALLAS, TX 75267-2050

BANK OF AMERICA

PO BOX 15284

WILMINGTON, DE 19850

BIANKA AG SERVICES

5815 WEST MCKINLEY AVENUE

FRESNO, CA 93722

BRIGHTHOUSE LIFE INSURANCE COMPANY

c/o METLIFE INVESTMENT MANAGEMENT LLC

10801 MASTIN BLVD STE 700

OVERLAND PARK, KS 66210

CALIFORNIA DEPARTMENT OF TAX

AND FEE ADMINISTRATION

ACCOUNT INFORMATION GROUP MIC:29

PO BOX 942879

SACRAMENTO, CA 94279-0029

CALIFORNIA STATE COMPENSATION INSURANCE FUND

ATTN: CANCELLATION

BANKRUPTCY & PRE-COVERAGE UNIT

PO BOX 8192

PLEASANTON, CA 94588-8792

CATHERIN SCHLOMANN ROBERTSON

225 WEST SANTA CLARA STREET

SUITE 1500

SAN JOSE, CA 95113

CHIEF COUNSEL REGION IX

SECRETARY OF THE TREASURY

1500 PENNSYLVANIA AVE NW

WASHINGTON, DC 20220

CITI COSTCO

PO BOX 790057

SAINT LUIS, MO 63179

CITIZENS BUSINESS BANK

1613 INYO STREET

DELANO, CA 93215

CNH INDUSTRIAL ACCOUNTS

PO BOX 5787

CAROL STREAM, IL 60197

CRUZ TRUCKS PARTS INC.

5625 SOUTH UNION AVE

BAKERSFIELD, CA 93307

DARLING & WILSON

PO BOX 2411

BAKERSFIELD, CA 93303

DFS FINANCE

14010 FNB PARKWAY, SUITE 400

OMAHA, NE 68154

DIRECT AG SALES

PO BOX 82333

BAKERSFIELD, CA 93380

Employment Development Department

Bankruptcy Special Procedures Group

PO Box 826880 MIC 92E

Sacramento, CA 94280-0001

FARM CREDIT WEST PCA- BAKERSFIELD

3755 ATHERTON ROAD

ROCKLIN, CA 95765

FARM CREDIT WEST PCA

200 E CARTMILL AVE

TULARE, CA 93274

FBN FINANCE LLC

PO BOX 64055

ST PAUL, MN 55164-0055

FERTILIZER DEPOT

15504 W CLINTON AVENUE

KERMAN, CA 93722

FIRST CITIZENS BANK & TRUST COMPANY

1471 SAN MARCO BLVD

JACKSONVILLE, FL 32207

FIRST NORTHERN BANK

195 N FIRST STREET

DIXON, CA 95620

FRANCHISE TAX BOARD

BANKRUPTCY SECTION MS A-340

PO BOX 2952

SACRAMENTO, CA 95812-2952

GAR BENNETT LLC

8246 S CRAWFORD AVENUE

REEDLEY, CA 93654

GUBLER & ABBOTT

ATTN: BRETT T. ABBOTT

1110 N. CHINOWTH STREET

VISALIA, CA 93291

HANSONBRIDGETT LLP

425 MARKET STREET

SAN FRANCISCO, CA 94105

HOCKING DENTON PALMQUIST

4885 TRUXTON AVE

BAKERSFIELD, CA 93309

INTERNAL REVENUE SERVICE

955 SO. SPRINGFIELD AVE

SPRINGFIELD, NJ 07081

INTERNAL REVENUE SERVICE

PO BOX 7346

PHILADELPHIA, PA 19101-7346

JOHN DEERE FINANCIAL

PO BOX 6600

JOHNSTON, IA 50131

JORDAN KAUFMAN-KERN

COUNTY TREASURER

1115 TRUXTON AVE 2ND FLOOR

BAKERSFIELD, CA 93301

JP MORGAN CHASE BANK

PO BOX 24696

COLUMBUS, OH 43224

KARPE REAL ESTATE CENTER

8501 CAMINO MEDIA SUITE 400

BAKERSFIELD, CA 93311

KERN DELTA WATER DISTRICT

501 TAFT HIGHWAY

BAKERSFIELD, CA 93307

KHAJAVI ABDULREZA

316 MARINE PLACE

MANHATTAN BEACH, CA 90266-4439

LEBEAU - THELEN, LLP

ATTN: BRIAR KEELER

9801 CAMINO MEDIA

STE 103

BAKERSFIELD. CA 93311

METLIFE REAL ESTATE LENDING LLC

205 E. RIVER PARK CIRCLE SUITE 430

FRESNO, CA 93720

MICHELLE D. KUNDERT

KUNDERT FAMILY FARMS, L.P.

12713 MARSDEN ST

BAKERSFIELD, CA 93311

MIDCAP FINANCIAL SERVICES LLC

7255 WOODMONT AVE STE 300

BETHESDA, MD 20814

MIDLAND TRACTOR

PO BOX 1227

MADERA, CA 93637

Missy Kirkham

Nationwide

PO BOX 514540

Los Angeles, CA 90051

NORTHLAND CAPITAL FINANCIAL SERVICES LLC

333 33RD AVE SOUTH STE 100

ST CLOUD, MN 56301

NUTRIEN AG SOLUTIONS INC.

F/K/A CROP PRODUCTION SERVICES INC

3005 ROCKY MOUNTAIN AVE

LOVELAND, CO 80538

OFFICE OF THE UNITED STATES TRUSTEE

REGION 17

501 I STREET

SUITE 7-500

SACRAMENTO, CA 95814

PACIFIC IRRIGATION

PO BOX 225

EDISON, CA 93220

PG&E

PO BOX 997300

SACRAMENTO, CA 95899

PUBLIC HEALTH SERVICE HHS

ROOM 4A53 PARKLAWN BLDG

5600 FISHERS LN

ROCKVILLE MD 20857

RABOBANK N.A.

45 E. RIVER PARK PLACE WEST

STE 401

FRESNO, CA 93720

RABO AGRIFINANCE LLC

PO BOX 411995

SAINT LOUIS, MO 63141

REGIONAL COUNSEL MEDICARE/CTRS FOR M&M SVCS

US DEPT OF HEALTH AND HUMAN SERVICES

90 7TH ST

SUITE 4-500

SAN FRANCISCO, CA 94103-6705

REGIONAL COUNSEL US DEPT OF VETERANS AFFAIRS

1301 CLAY ST

SUITE 1300N

OAKLAND, CA 94612-5209

SAIF AHMAD

STATE FARM

PO BOX 2358

BLOOMINGTON IL 61702-2358

SHARDA GLOBAL CHEMICALS

DASHRATHAL JOSHI ROAD

VILE PARLE, MUMBAI 40056

SOCIAL SECURITY ADMINISTRATION

OFFICE OF THE GENERAL COUNSEL

OFFICE OF PROGRAM

LITIGATION ATTN: BANKRUPTCY

6401 SECURITY BOULEVARD

BALTIMORE, MD 21235

TCF NATIONAL BANK

11100 WAYZATA BLVD

STE 801

HOPKINS, MN 55305

U.S. DEPARTMENT OF HOUSING

AND URBAN DEVELOPMENT

OFFICE OF REGIONAL COUNSEL REGION IX

ONE SANSOME STREET

SUITE 1200

SAN FRANCISCO, CA 94104-4430

U.S. SMALL BUSINESS ADMINISTRATION

ATTN: DISTRICT COUNSEL

455 MARKET STREET

SUITE 600

SAN FRANCISCO, CA 94105

U.S. SMALL BUSINESS ADMINISTRATION

10737 GATEWAY BLVD W

STE 300

EL PASO, TX 79935

UNITED STATES ATTORNEY

(FOR INTERNAL REVENUE SERVICE)

501 I ST STE 10-100

SACRAMENTO, CA 95814

US EPA REGION 9

BANKRUPTCY CONTACT

OFFICE OF REGIONAL COUNSEL ORC-3

75 HAWTHORNE ST

SAN FRANCISCO, CA 94105

USDA FARM SERVICE AGENCY

ATTN FARM LOAN PROGRAMS

430 G ST #4161

DAVIS, CA 95616-4161

VALLEY STRONG BANK

PO BOX 9506

BAKERSFIELD, CA 93389-9506