B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Eastern District Of California

**In re**

Shinda Upple Case No. ________________

**Debtor** Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................ $ 38,760.50 *

   Prior to the filing of this statement I have received ............................................$ 100,000.00 **

   Balance Due ......................................................................................... $ 0.00

2. The source of the compensation paid to me was:

   ☒ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

* This sum represents only the amount received prepetition. The Debtor will be liable to Loeb & Loeb LLP and Loeb & Loeb LLP will seek to be paid from the estate for all postpetition fees and expenses.

** There is a $61,239.50 retainer balance held by Loeb & Loeb LLP.

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [Other provisions as needed]
See Attachment "5-e"

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 10/19/2026 | /s/ Bernard R. Given, II |
| *Date* | *Signature of Attorney* |
| | Loeb & Loeb LLP |
| | *Name of law firm* |

**<u>Attachment "5-e"</u>**

1. Advise the Debtor of his rights, powers, and duties as debtor and debtor in possession while operating and managing its business under chapter 11 of the Bankruptcy Code;

2. Prepare and assist the Debtor in the preparation of reports, applications, pleadings, and orders including, but not limited to, First Day Motions and Second Day Motions and Orders, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statements of financial affairs, lease pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale, or lease of property outside the ordinary course of business;

3. Advise the Debtor concerning, and prepare responses to, applications, motions, other pleadings, notices, and other papers that may be filed by other parties in this bankruptcy case;

4. Advise the Debtor with respect to certain rights and remedies of the bankruptcy estate and rights, claims, and interests of creditors;

5. Advise the Debtor regarding actions to collect and recover property for the benefit of its estate;

6. Advise the Debtor concerning executory contract and unexpired lease assumptions and assignments, and rejections;

7. Assist the Debtor in reviewing, estimating, and resolving claims asserted against the Debtor's estate;

8. Assist the Debtor in complying with applicable laws and governmental regulations;

9. Represent the Debtor in any proceeding or hearing in the Bankruptcy Court involving the estate unless the Debtor is represented in such proceeding by other or special counsel;

10. Commence and conduct litigation necessary or appropriate to assert rights held by the Debtor, protect assets of the Debtor's bankruptcy estate, or otherwise further the goals of the Debtor in this bankruptcy case;

11. Prepare and prosecute on behalf of the Debtor a chapter 11 plan; and

12. Provide any other services to the extent requested by the Debtor.