LOEB & LOEB LLP
BERNARD R. GIVEN II (SBN 134718)
bgiven@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Proposed Attorneys for Debtor
and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re:

Shinda Upple dba Khalsa Ranch,

Debtor.

Case No.: 2026-14639

Chapter 11

**NOTICE OF APPLICATION AND APPLICATION FOR ORDER AUTHORIZING THE DEBTOR'S RETENTION OF LOEB & LOEB LLP AS COUNSEL TO THE DEBTOR, EFFECTIVE AS OF THE PETITION DATE**

DC No.: BRG-3
Date: December 2, 2026
Time: 9:30 a.m.
Courtroom: 11
Place: 2500 Tulare Street Suite 2501
Fresno, CA 93721

Judge: Hon. Jennifer E. Niemann

Shinda Upple dba Khalsa Ranch ("**Upple**" or the "**Debtor**"), the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "**Chapter 11 Case**"), by and through his undersigned proposed counsel, Loeb & Loeb LLP, files this application (this "**Application**"), pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 and Rule 2014-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of California for an order authorizing

the Debtor's retention of Loeb & Loeb LLP ("**Loeb**") as counsel to the Debtor in the Chapter 11 Case, effective as of the date of the filing of the petition for relief herein (the "**Petition Date**"). In support of the Application, the Debtor relies on the Memorandum of Points and Authorities in Support of the Application, the Declaration of Bernard R. Given II, and the Declaration of Shinda Upple, filed concurrently herewith.

Dated: November 2, 2026

**LOEB & LOEB LLP**

/s/ Bernard R. Given II
Bernard R. Given II
*Proposed Attorneys for the Debtor and Debtor-in-Possession*