LOEB & LOEB LLP
BERNARD R. GIVEN II (SBN 134718)
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Proposed Attorneys for Debtor
and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re:

Shinda Upple dba Khalsa Ranch,

Debtor.

Case No.: 2026-14639

Chapter 11

**NOTICE OF PRELIMINARY HEARING ON DEBTOR'S EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTOR TO PAY EMPLOYEE COMPENSATION; (II) AUTHORIZING AND DIRECTING THE BANKS TO ISSUE EMPLOYEE COMPENSATION PAYMENTS; AND (III) GRANTING RELATED RELIEF**

DC No.: BRG-4

**Hearing**
Date: November 5, 2026
Time: 1:30 p.m.
Courtroom: 11
Place: 2500 Tulare Street, Suite 2501
Fresno, CA 93721

Judge: Hon. Jennifer E. Niemann

**TO THE HONORABLE JENNIFER E. NIEMANN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, ALL CREDITORS, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, on the date and at the time and place stated above, Shinda Upple dba Khalsa Ranch, the debtor and debtor-in-possession in the above-captioned chapter 11 case herein ("**Debtor**"), will move on an emergency basis, pursuant to sections 105(a), 363(b), and 507(a)(4) of the Bankruptcy Code, Rules 6003 and 6004 of the Federal Rules of Bankruptcy Procedure, and Rule 9014-1(f)(4) of the Local Rules of Bankruptcy Procedure for the Eastern District of California, for entry of interim and final orders (i) authorizing, but not directing, the Debtor to pay the Employees' unpaid wages, including the portion earned prior to the October 19, 2026 petition date, provided that no Employee will receive more than the $17,150 priority cap under section 507(a)(4) of the Bankruptcy Code on account of prepetition wages, to remit withheld payroll taxes and garnishments to the appropriate recipients, to pay the administrative fees of the Debtor's payroll processor, Accountax Associates P.C., and to continue paying wages postpetition in the ordinary course of business; (ii) authorizing and directing the Banks to receive, process, honor, and pay checks and electronic fund transfers related to such payments; (iii) waiving the notice requirements and stay under Bankruptcy Rules 6004(a) and 6004(h); and (iv) granting related relief (the "**Motion**"). The Debtor does not seek to pay any amounts to insiders.

**PLEASE TAKE FURTHER NOTICE** that this is a preliminary hearing. The Debtor will ask for the proposed interim order to provide that it will be deemed to grant interim relief until fourteen (14) days after service of the Motion and will thereafter be deemed to grant final relief, unless an objection to the Motion is filed within that fourteen (14) day period. If a timely objection is filed, a final hearing on the Motion and the objection will be held following such fourteen (14) day period, and notice of the final hearing will be provided.

If you oppose the interim relief requested in the Motion, you may present your opposition at the preliminary hearing on the date, at the time, and at the place stated above. Failure to do so may result in the Court granting the requested relief on an interim basis.

To determine whether this matter has been resolved without oral argument or whether the court has issued a tentative ruling, the pre-hearing disposition should be viewed at the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing; parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Dated: November 4, 2026
Los Angeles, California

**LOEB & LOEB LLP**

/s/ Bernard R. Given II
Bernard R. Given II

*Proposed Attorneys for the Debtor and Debtor-in-Possession*